UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL STEPHEN LEVINSON,

    Plaintiff,

vs.                                             Case No. 8:11-cv-2839-JDW-EAJ

WEDU-TV, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 4) which recommends that Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) be denied. Plaintiff filed objections (Dkt. 6-1). After careful consideration of the Report and Recommendation and Plaintiff's objections, in conjunction with an independent review of the file, it is ORDERED that:

(1)     Plaintiff's objections (Dkt. 6-1) are without merit and are overruled.

(2)     The Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(3)     Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) is DENIED without prejudice.

(4)     The complaint (Dkt. 1) is DISMISSED without prejudice. Plaintiff is granted leave to file an amended complaint within 14 days which complies with the Report and Recommendation.

(5)     Plaintiff's motion for an extension (Dkt. 6) is DENIED as moot.

**DONE AND ORDERED** this 13th day of January, 2012.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Unrepresented parties.